United States Bankruptcy Court
Northern District of Ohio

Corzin,
Plaintiff

Adv. Proc. No. 17-05064-amk

Welty Building Company LTD,
Defendant

## CERTIFICATE OF NOTICE

District/off: 0647-5 User: bhemi Page 1 of 1 Date Rcvd: Feb 02, 2018
Form ID: pdf796 Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.

pla +Harold A. Corzin, 304 N. Cleveland-Massillon Road, Akron, OH 44333-9302
dft +Welty Building Company LTD, Attn: Officer, Manager or General Agent, 3421 Ridgewood Road, Suite 200, Fairlawn, OH 44333-3165
dft +Willoughby Supply Company, 7433 Clover Avenue, Mentor, OH 44060-5211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:

Harold A. Corzin hcorzin@csu-law.com, ccorzin@aol.com;oh32@ecfcbis.com
Julie E. Rabin on behalf of Defendant Willoughby Supply Company jrabin@rabinandrabin.com
Michael J. Moran on behalf of Plaintiff Harold A. Corzin mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com

TOTAL: 3

**This document was signed electronically on February 1, 2018, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: February 1, 2018**

**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT AKRON**

| | |
|---|---|
| **IN RE:** | **CASE NO. 17-50856** |
| **J. STANOVIC ROOFING & RENOVATIONS, INC.** | **ADVERSARY NO. 17-5064** |
| **Debtor** | **IN PROCEEDINGS UNDER CHAPTER 7** |
| **HAROLD A. CORZIN, TRUSTEE** | **JUDGE ALAN M. KOSCHIK** |
| **Plaintiff** | |
| **vs.** | |
| **WELTY BUILDING COMPANY LTD, et al.** | |
| **Defendants** | **ORDER DISMISSING ADVERSARY PROCEEDING** |

This cause came on for consideration and, it appearing to the court that the claims of the plaintiff asserted herein have been compromised by prior order of this court rendering it appropriate that the within adversary proceeding be dismissed with prejudice to its refiling, it is therefore

ORDERED, ADJUDGED, and DECREED that the complaint of the plaintiff be, and it hereby is dismissed with prejudice to its refiling.

###

Submitted by:

GIBSON & MORAN LLC

/s/ Michael J. Moran
Michael J. Moran (#0018869)
Attorney for Plaintiff
234 Portage Trail, P.O. Box 535
Cuyahoga Falls, OH 44222
(330) 929-0507
(330) 929-6605 - Fax
mike@gibsonmoran.com

Approved by:

RABIN & RABIN CO. LPA

/s/ Julie E. Rabin
Julie E. Rabin (#0006592)
Attorney for Willoughby Supply Company
55 Public Square, Suite 1510
Cleveland, OH 44113
(216) 771-8084
(216) 771-4615 (fax)
jerofficialmail@rabinandrabin.com

FRANZ WARD LLP

/s/ Timothy Richards
Timothy Richards (#0078198)
Attorney for Welty Building Company, Ltd.
200 Public Square, Suite 3000
Cleveland, OH 44114
(216) 515-1618
(216) 515-1650
trichards@franzward.com

PARTIES TO BE SERVED ELECTRONICALLY:

Harold A. Corzin, Trustee, hcorzin@csu-law.com

United States Trustee

Michael J. Moran, on behalf of Harold A. Corzin, Trustee, mike@gibsonmoran.com

Julie E. Rabin, on behalf of Willoughby Supply Company, jerofficialmail@rabinandrabin.com

PARTIES TO BE SERVED BY REGULAR U.S. MAIL:

Timothy Richards
Attorney for Welty Building Company, Ltd.
200 Public Square, Suite 3000
Cleveland, OH 44114